THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Cedric O’Neal
 Korens, Appellant.
 
 
 

Appeal From Laurens County
  Wyatt T. Saunders, Jr, Circuit Court
Judge

Unpublished Opinion No. 2008-UP-370
 Submitted July 1, 2008  Filed July 11,
2008    

APPEAL DISMISSED

 
 
 
 Deputy
 Chief Appellate Defender Robert M. Dudek, of Columbia, for Appellant.
 Teresa A. Knox, Deputy Director for Legal Services, Tommy Evans,
 Jr., Legal Counsel, and J. Benjamin Aplin, Legal Counsel, all of Columbia, for
 Respondent.
 
 
 

PER
 CURIAM:  Cedric Korens appeals the revocation of his probation.  Korens
 argues the circuit court was unfair in its probation revocation because the
 circuit court was informed Korens medical condition caused his drug use.  After a thorough review of the record and counsels
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Korens appeal and grant counsels motion to be relieved. 
APPEAL
 DISMISSED.
HEARN, C.J.,
CURETON and GOOLSBY, A.J.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.